IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALBERT E. WOOLUM,                         §
                                          §
          Plaintiff,                      §
                                          §
V.                                        §         No. 3:18-cv-2453-B-BN
                                          §
THE CITY OF DALLAS, TEXAS, SAMUEL §
DIGBY, and OFFICER DOES 1-9,              §
                                          §
          Defendants.                     §

## ORDER STAYING DEADLINE TO FILE RESPONSIVE PLEADING

United States District Judge Jane J. Boyle referred this action to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) on February 1, 2019. *See* Dkt. No. 18.

On February 12, 2019, the Court denied without prejudice the City of Dallas's motion to dismiss Plaintiff Albert E. Woolum's claims against it under Federal Rule of Civil Procedure 12(b)(6), *see* Dkt. No. 21, citing the City's reply brief, in which it represented that – because "Plaintiff has requested an opportunity to amend his live Complaint to correct any pleading deficiencies, and the City acknowledges that even if the Court concludes that the Plaintiff's Complaint fails, in whole or in part, to state a claim, the Court should permit Plaintiff to replead" – "the City does not oppose the Court denying without prejudice the City's Rule 12(b)(6) motion to dismiss and permitting the Plaintiff an opportunity to amend his complaint to cure the pleading deficiencies addressed in the City's motion to dismiss," Dkt. No. 19 at 2.

Because Defendant Samuel Digby's motion to dismiss remains pending, *see* Dkt.Nos. 11, 15, & 20, and because the Court denied the City's motion to dismiss anticipating that

Plaintiff will amend his complaint based on the deficiencies the City raised, the Court STAYS the City's obligation to file a responsive pleading to the complaint. *See* FED. R. CIV. P. 12(a)(4).

SO ORDERED.

DATED: February 20, 2019

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE