UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ALBERT E. WOOLUM, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-2453-B-BN |
| | § | |
| THE CITY OF DALLAS, TEXAS, SAMUEL DIGBY, and OFFICER DOES 1-9, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendant Samuel Digby's motion to dismiss [Dkt. No. 11] is therefore **GRANTED IN PART** and **DENIED in PART**. And Plaintiff Albert E. Woolum may file an amended complaint—which must also cure the pleadings deficiencies addressed in the City of Dallas's motion to dismiss, *see* Dkt. Nos. 21 & 22—no later than **14 days** from the date of this order.

**SO ORDERED.**

**DATED: June 25, 2019.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE