UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERT E. WOOLUM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-2453-B-BN |
| | § | |
| THE CITY OF DALLAS, TEXAS, | § | |
| SAMUEL DIGBY, and OFFICER | § | |
| DOES 1-9, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **GRANTS** both Defendant City of Dallas's renewed motion to dismiss [Dkt. No. 26] and Defendant Samuel Digby's motion for summary judgment on qualified immunity [Dkt. No. 29] and **DISMISSES** Plaintiff Albert E. Woolum's claims against these defendants with prejudice. But this action shall remain referred to the Magistrate Judge for pretrial management, to address any remaining claims.

SO ORDERED, February 11th, 2020

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE